# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE J. WARE, an individual, and IRMA WARE, an individual,<br><br>         Plaintiff,<br><br> vs.<br><br>BAYVIEW LOAN SERVICING, LLC, AZTEC FORECLOSURE CORPORATION, and DOES 1-100, inclusive,<br><br>         Defendants. | CASE NO. 13-CV-1310 JLS (NLS)<br><br>**ORDER**<br><br>(ECF No. 4) |

   Presently before the Court is Plaintiffs Lee J. Ware and Irma Ware's ("Plaintiffs") *ex parte* motion for a temporary restraining order or stay and an order to show cause why a preliminary injunction should not issue to prevent the sale upon foreclosure of their home in El Cajon, California, scheduled for June 14, 2013. (ECF No. 4.)

   Having reviewed the materials submitted, the Court **HEREBY ORDERS** that any sale or other steps to deprive Plaintiffs of their residence in and possession of the property located at 8248 Rockview Drive, El Cajon, California, **SHALL NOT** be executed until after a hearing can occur regarding a preliminary injunction.

Defendants Bayview Loan Servicing, LLC and Aztec Foreclosure Corporation **SHALL FILE** an opposition on or before Monday, June 17, 2013, and Plaintiffs **SHALL FILE** a reply on or before Wednesday, June 26, 2013.  The parties are **HEREBY ORDERED** to appear for a preliminary injunction hearing on <u>Thursday, June 27, 2013, at 4:00p.m. in Courtroom 4A</u>.

**IT IS SO ORDERED**.

DATED: June 13, 2013

_____
Honorable Janis L. Sammartino
United States District Judge