# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE J. WARE, an individual, and IRMA WARE, an individual,<br><br>                              Plaintiff,<br>  vs.<br><br>BAYVIEW LOAN SERVICING, LLC, AZTEC FORECLOSURE CORPORATION, and DOES 1-100, inclusive,<br>                             Defendants. | CASE NO. 13-CV-1310 JLS (NLS)<br><br>**ORDER: (1) CONTINUING HEARING DATES; AND (2) SETTING BRIEFING SCHEDULES**<br><br>(ECF Nos. 4, 6) |

      Presently before the Court are Plaintiffs Lee J. Ware and Irma Ware's ("Plaintiffs") *ex parte* motion for a temporary restraining order or stay and an order to show cause why a preliminary injunction should not issue, (ECF No. 4), and Defendant Bayview Loan Servicing, LLC's ("Defendant") motion to dismiss, (ECF No. 6). As stipulated by the parties at the June 27, 2013 hearing on Plaintiffs' motion for a temporary restraining order, the Court **ORDERS** that:

      (1)    The hearing on Plaintiffs' motion for a temporary restraining order or stay and or order to show cause why a preliminary injunction should not issue shall be continued to <u>August 15, 2013 at 1:30 p.m.</u>;

      (2)    The Court's June 13, 2013 Order shall remain in effect until the continued August 15, 2013 hearing on Plaintiffs' motion;

      (3)    Parties shall file their respective briefs for the August 15, 2013 hearing <u>on or before August 5, 2013</u>;

(4) The hearing on Defendant's motion to dismiss shall be continued from August 8, 2013 at 1:30 p.m. to <u>August 15, 2013 at 1:30 p.m.</u>;

(5) Plaintiffs' opposition to Defendant's motion to dismiss shall be filed <u>on or before August 5, 2013</u>;

(6) Defendant's reply in support of Defendant's motion to dismiss shall be filed <u>on or before August 12, 2013</u>;

**IT IS SO ORDERED**.

DATED: June 28, 2013

Honorable Janis L. Sammartino
United States District Judge